UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANNA MARIA DREKE,<br><br>        Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>        Defendant. | No.  CV-14-03051-VEB<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**; Defendant's Motion for Summary Judgment is **DENIED**.   Judgment is entered for Plaintiff.

DATED:  December 19, 2014

                                              SEAN F. McAVOY
                                              Clerk of Court

                                              By: *s/Melissa Orosco*
                                                    Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**